# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

FILED-USDC-NDTX-DA
'24 MAR 28 AM 9:26

| | | |
|---|---|---|
| **BRAEMAR HOTELS & RESORTS INC.,** | § § § § | |
| Plaintiff(s), | § § | |
| v. | § § | Civil Action No. <u>3:24-cv-00707-L</u> |
| **BLACKWELLS CAPITAL LLC, et al.,** | § § § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Monday, March 25, 2024 at 3:54 PM,**
Executed at: **4564 MEADOWOOD ROAD, DALLAS, TX 75220**
at **4:26 PM,** on **Monday, March 25, 2024,**

by individually and personally delivering to the within named:

### STEVEN J. PULLY

a true copy of this

**SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT A, CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT, CIVIL COVER SHEET, ATTACHMENT TO PLAINTIFF'S CIVIL COVER SHEET (JS 44), BRAEMAR HOTELS & RESORTS INC.'S MOTION FOR PRELIMINARY INJUNCTION, PLAINTIFF BRAEMAR HOTELS & RESORTS INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION, APPENDIX IN SUPPORT OF BRAEMAR HOTELS & RESORTS INC.'S MOTION FOR PRELIMINARY INJUNCTION, [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION and ORDER**

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**My name is Adil Tadli, my date of birth is May 13, 1967 and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Wednesday, March 27, 2024

By: _____
Adil Tadli - PSC 1206 - Exp 05/31/24

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Braemar Hotels & Resorts Inc. | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 3:24-cv-00707-L |
| | ) |
| Blackwells Capital LLC, et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Steven J. Pully
4564 Meadowood Road
Dallas, TX 75220

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

M Barnard
2300 North Field Street
Suite 1800
Dallas , TX 75201

Contact: M. Scott Barnard
Tel: +1 214.969.4299
Email: sbarnard@akingump.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 03/25/2024

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-00707-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**RETURN / AFFIDAVIT
PROOF / ATTACHED**

Additional information regarding attempted service, etc: