IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRAEMAR HOTELS & RESORTS, INC.,** | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:24-CV-707-L** |
| **BLACKWELLS CAPITAL, LLC; BLACKWELLS ONSHORE I, LLC; BLACKWELLS HOLDING, CO., LLC; VANDEWATER CAPITAL HOLDINGS, LLC; BLACKWELLS ASSET MANAGEMENT, LLC; BW COINVEST MANAGEMENT I, LLC; JASON AINTABI; MICHAEL CRICENTI; JENNIFER M. HILL; BETSY L. MCCOY; and STEVEN J. PULLY,** | § § § § § § § § § § § § § | (Consolidated with 3:24-CV-894-L) |
| Defendants, | § § | |
| v. | § § | |
| **BRAEMAR HOTELS & RESORTS, INC.; MONTGOMERY BENNETT; RICHARD J. STOCKTON; KENNETH H. FEARN, JR.; ABTEEN VAZIRI; MARY CANDACE EVANS; MATTHEW RINALDI; REBECCA ODINO-JOHNSON, and STEFANI CARTER,** | § § § § § § § § § § § | |
| Counter & Third Party Defendants. | § | |

**<u>ORDER</u>**

Before the court is the parties' Agreed Motion to Stay All Proceedings ("Motion to Stay") (Doc. 41), filed April 17, 2024. The Motion to Stay indicates that the parties are attempting to resolve the dispute between them that gave rise to the two related actions, and they would like to focus on a resolution of their dispute without having to divert time and attention to the litigation.

Order – Page 1

The parties, therefore, request that this action be stayed until June 17, 2024, and that all pending deadlines be vacated until further order of the court. In addition, the parties indicate that they will file a Joint Status Report no later than June 17, 2024, detailing the status of their efforts to resolve the dispute.

The court **grants** the Motion to Stay (Doc. 41). Accordingly, all proceedings in this action are **stayed** and all pending deadlines are **vacated** until further order of the court. The parties **shall** file a joint status report by **June 17, 2024**, unless they file dismissal papers by this date. The joint status report shall summarize the parties' efforts in resolving the dispute between them and include proposed deadlines, as necessary, for the court's consideration. Further, if the parties are unable to resolve their dispute, the court will also set a deadline for Defendants to file an answer that includes all claims they wish to assert in this consolidated action, including those in the Complaint filed by Blackwells Capital, LLC in related Civil Action No. 3:14-CV-894-L, which the court has since directed the clerk of court to file in this consolidated action as "Counterclaims and Third Party Claims."

**It is so ordered** this 18th day of April, 2024.

Sam A. Lindsay
United States District Judge