# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| BRAEMAR HOTELS & RESORTS INC.,<br><br>                        Plaintiff,<br><br>v.<br><br>BLACKWELLS CAPITAL LLC, ET AL.,<br><br>                        Defendants, | Civil Action No. 3:24-cv-707-L<br><br>Consolidated with:<br><br>Civil Action No. 3:24-cv-894-L |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this consolidated action, Braemar Hotels & Resorts Inc., Blackwells Capital LLC, Blackwells Onshore I, LLC, Blackwells Holding Co. LLC, Vandewater Capital Holdings, LLC, Blackwells Asset Management LLC, BW Coinvest Management I LLC, Jason Aintabi, Michael Cricenti, Jennifer M. Hill, Betsy L. McCoy, Steven J. Pully, and Montgomery J. Bennett, Stefani Danielle Carter, Richard J. Stockton, Kenneth H. Fearn, Jr., Abteen Vaziri, Mary Candace Evans, Matthew D. Rinaldi, and Rebeca Odino-Johnson (together "the parties"), file this Joint Stipulation of Voluntary Dismissal and hereby stipulate and agree that all claims, counterclaims, and third party claims asserted by all parties shall be dismissed with prejudice.  The parties have separately agreed to the allocation of costs and attorney fees.

Dated:  July 3, 2024                                        Respectfully submitted,

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | VINSON & ELKINS LLP |
| */s/ M. Scott Barnard* <br> M. Scott Barnard <br> Texas Bar No. 24001690 <br> Tabitha Kempf <br> Texas Bar No. 24139777 <br> 2300 N. Field Street <br> Ste. 1800 <br> Dallas, TX 75201 <br> Telephone: 214-969-4299 <br> Facsimile: 214-969-4343 <br> Email: sbarnard@akingump.com <br> Email: tkempf@akingump.com | */s/ Robert Ritchie* <br> Robert Ritchie <br> Texas Bar No. 24079213 <br> K. Virginia Burke DeBeer <br> Texas Bar No. 24097437 <br> 2001 Ross Avenue <br> Dallas, TX 75201 <br> Telephone: (214) 220-7823 <br> Facsimile: (214) 999-7823 <br> Email: rritchie@velaw.com <br> Email: vdebeer@velaw.com |
| CADWALADER WICKERSHAM & TAFT LLP, Of Counsel <br><br> Adam K. Magid (Admitted *Pro Hac Vice*) <br> New York Bar No. 4652202 <br> Samuel G. Mann (Admitted *Pro Hac Vice*) <br> New York Bar No. 5233036 <br> Sanders Keyes Gilmer (Admitted *Pro Hac Vice*) <br> D.C. Bar No. 90019265 <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 406-6666 <br> Email: adam.magid@cwt.com <br> Email: samuel.mann@cwt.com <br> Email: keyes.gilmer@cwt.com | *Attorneys for Defendant/Counter Plaintiff/Third Party Plaintiff Blackwells Capital LLC and Defendants Blackwells Onshore I, LLC, Blackwells Holding Co. LLC, Vandewater Capital Holdings, LLC, Blackwells Asset Management LLC, BW Coinvest Management I LLC, Jason Aintabi, Michael Cricenti, Jennifer M. Hill, Betsy L. McCoy, and Steven J. Pully* |
| *Attorneys for Plaintiff/Counter Defendant Braemar Hotels & Resorts Inc. and Third Party Defendants Montgomery J. Bennett, Stefani Danielle Carter, Richard J. Stockton, Kenneth H. Fearn, Jr., Abteen Vaziri, Mary Candace Evans, Matthew D. Rinaldi, and Rebeca Odino-Johnson* | |